**Electronically Filed
Supreme Court
SCPW-18-0000415
30-MAY-2018
01:08 PM**

SCPW-18-0000415

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

PATRICK PRESCOTT, Petitioner,

vs.

THE HONORABLE FAʻAUUGA TOʻOTOʻO, JUDGE OF THE CIRCUIT COURT
OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(S.P.P. NO. 14-1-1836-08)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Patrick Prescott's petition for writ of mandamus, filed on May 17, 2018, and the record, it appears that although the petition was filed almost nine months ago, there is no showing that the petition was served on the State of Hawaiʻi ("State") or that petitioner is unable to effect prompt service of the petition on the State in order to trigger a response to the petition.  See HRPP Rules 40(d), (f), and (g).  Thus, petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief or a lack of alternative means to seek relief at this time.  See Kema v.

Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; rather, it is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act). Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, May 30, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2